Mr. Acosta,                                                    12/8/15

I'm now in Coffield Unit, 2661 FM 2054, Tennessee, Colony, Tx 75884. I'm a week into being here and sure I'm not moving anymore, I hope. The correspondence to and from has a severe delay for some reason as I just today (12/8) received your letter from 3 weeks ago. Anyways, all future correspondence can find me here at Coffield Unit. I await your receipt/reply to this letter. Thank you, Happy Holidays.

Sincerely,

Kyle Miller

# 2017430

PDR #PD-0956-15
COA # 04-14-00044-CR
Trial Court # 2011CR5502

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 15 2015

Abel Acosta, Clerk